UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60271-CIV-LENARD/O'SULLIVAN

TIFFANY (NJ), LLC,

    Plaintiff,
vs.

PENG WANG a/k/a SHENG ZHONG
a/k/a PLISFNUWE, and DOES 1-10,

    Defendants.
    _____/

## ORDER

THIS MATTER comes before the Court *sua sponte.*

Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that on or before **July 15, 2011**, the defendant, Peng Wang, shall file his response to the Plaintiff's Motion for Entry of Final Default Judgment Against Defendant (DE# 16, 6/22/11).  The failure to file a response may result in an order granting the Plaintiff's Motion for Entry of Final Default Judgment Against Defendant (DE# 16, 6/22/11) in its entirety.  It is further

ORDERED AND ADJUDGED that by **July 1, 2011**, the plaintiff shall serve a copy of this Order upon the defendant Peng Wang by e-mail at the e-mail addresses: 1044263242@qq.com, 956019159@qq.com, wpswang@hotmail.com, and

sales@chinabrandshop.com.  See Order (DE# 9, 5/16/11).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **29th** day of June, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All Counsel of Record